IN THE CIRCUIT COURT OF DALE COUNTY, ALABAMA

JENNIFER CLARK, as personal )
representative of the estate of )
JEREMY CLARK, )
)
Plaintiff, )
)
vs. ) CASE NO.: CV 12 900151
)
JOEY BAMBERGER, THOMAS )
CONGER, ROLLS- ROYCE )
CORPORATION, ARMY FLEET SUPPORT, )
LLC, L-3 COMMUNICATIONS CORPORATION )
and FICTITIOUS DEFENDANTS 1-30, )
)
Defendants. )

## COMPLAINT

COMES NOW, the Plaintiff, Jennifer Clark, as personal representative of the estate of Jeremy Clark, and submits the following as her Complaint against Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30:

### INTRODUCTION

1.      This is a wrongful death action arising from the death of Jeremy Clark. On December 14, 2010, Jeremy Clark was killed as the result of the crash of a Bell OH-58 Kiowa helicopter (Serial Number 89-00112) on or near the Fort Rucker military installation located in Dale County, Alabama. The crash resulted from the acts and/or omissions of Defendants in failing to properly inspect, service, maintain, and repair the helicopter, its engine, and its component parts.



EXHIBIT A

## PARTIES

2. Jennifer Clark is the personal representative of the estate of her deceased husband, Jeremy Clark. At the time of his death, Jeremy Clark was a civilian flight instructor assigned to Fort Rucker military installation and was a resident and citizen of the State of Alabama.

3. Rolls-Royce Corporation is a corporation organized and existing under the laws of a state other than Alabama and with its principal place of business in a state other than Alabama. Rolls Royce Corporation and its employees and agents were involved with the inspection, service, maintenance, and repair of the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark.

4. Army Fleet Support, LLC is a limited liability company organized and existing under the laws of a state other than Alabama. Upon information and belief, the members of Army Fleet Support, LLC are residents of a state other than Alabama. Army Fleet Support, LLC and its employees and agents were involved with the inspection, service, maintenance, and repair of the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark.

5. L-3 Communications Corporation is a corporation organized and existing under the laws of a state other than Alabama and with its principal place of business in a state other than Alabama. L-3 Communications Corporation and its employees and agents were involved with the inspection, service, maintenance, and repair of the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark.



6.     Joey Bamberger is an individual and is a resident and citizen of the state of Alabama. Joey Bamberger is an employee or agent of Defendant Rolls-Royce Corporation, Defendant Army Fleet Support, LLC, and/or L-3 Communications Corporation and was involved with the inspection, service, maintenance, and repair of the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark.

7.     Thomas Conger is an individual and is a resident and citizen of the state of Alabama. Thomas Conger is an employee or agent of Defendant Rolls-Royce Corporation, Defendant Army Fleet Support, LLC, and/or L-3 Communications Corporation and was involved with the inspection, service, maintenance, and repair of the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark.

8.     Fictitious Defendants 1-10 are the individuals, entities, and corporations that inspected, serviced, maintained, or repaired the engine, compressor inlet temperature probe, canon plugs, T1 sensor, T2 sensor, engine control unit, electronic engine controller, hydro-mechanical unit, and/or full authority digital engine control on the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark.

9.     Fictitious Defendants 11-20 are the individuals, entities, and corporations that provided any instruction, recommendations, or suggestions on the inspection, service, maintenance, or repair of the engine, compressor inlet temperature probe, canon plugs, T1 sensor, T2 sensor, engine control unit, electronic engine controller, hydro-mechanical unit,

and/or full authority digital engine control on the Bell OH-58D Kiowa helicopter (Serial Number 89-00112) that crashed on December 14, 2010, resulting in the death of Jeremy Clark. Fictitious Defendants 11-20 specifically include, but are not limited to, any Rolls Royce Corporation employees or representatives that provided advice or instruction on the repair of the helicopter during the week prior to the crash.

10. Fictitious Defendants 21-30 are the individuals, entities, and corporations that were the owners, partners, joint venturers, employers, masters, servants, or principals of Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, Joey Bamberger, Thomas Conger, and Fictitious Defendants 1-20 or who were otherwise responsible for supervising and overseeing the work or services of Rolls-Royce Corporation, Army Fleet Support, LLC, Joey Bamberger, Thomas Conger, and Fictitious Defendants 1-20.

## FACTUAL ALLEGATIONS

11. On December 9, 2010, a Bell OH-58D Kiowa helicopter (Serial Number 89-00112) (the "helicopter") experienced an in-flight Fully Automatic Digital Engine Control ("FADEC") unit failure. This failure caused the engine to revert to a fixed fuel state, meaning that the engine power was frozen at its last power setting prior to the failure. At the time of the failure, the helicopter was taking off and was in a high-power setting. As a result, the pilot was able to safely land the helicopter at Hunt Stage Field on the Fort Rucker military installation.

12. Following the precautionary landing, Defendants Thomas Conger, Joey Bamberger, and Rolls-Royce Corporation inspected the helicopter and traced the FADEC failure to a fault with the Compressor Inlet Temperature ("CIT") probe. Army Fleet Support Services, LLC/L-3 Communications Corporation then conducted a maintenance operational check of the

4

helicopter. Defendants Thomas Conger, Joey Bamberger, Rolls-Royce Corporation, Army Fleet Support Services, LLC, and L-3 Communications Corporation failed to determine what caused the fault with the CIT probe and the resulting FADEC failure and, likewise, failed to make any changes or repairs to the helicopter. Instead, Defendants Thomas Conger, Joey Bamberger, Rolls-Royce Corporation, Army Fleet Support Services, LLC, and L-3 Communications Corporation cleared the helicopter for flight.

13. On December 13, 2010, Defendants Thomas Conger, Joey Bamberger, Rolls-Royce Corporation, Army Fleet Support, LLC, and L-3 Communications Corporation again inspected the CIT probe and FADEC unit on the helicopter. During this inspection, Defendants Thomas Conger, Joey Bamberger, Rolls-Royce Corporation, Army Fleet Support, LLC, and L-3 Communications Corporation again failed to determine what caused the earlier fault with the CIT probe and the resulting FADEC failure. Defendants Thomas Conger, Joey Bamberger, Rolls-Royce Corporation, Army Fleet Support, LLC, and L-3 Communications Corporation again released the helicopter for flight.

14. On December 14, 2010, Jeremy Clark was assigned to the helicopter for a training flight with a student pilot. During the flight, the helicopter again experienced an in-flight FADEC failure, causing the helicopter to revert to a fixed-fuel setting. At the time of the FADEC failure, the helicopter was in a low-power setting, and as a result, the failure was not recoverable. The helicopter crashed into a wooded area, killing Jeremy Clark and severely injuring the student pilot.

## FIRST CAUSE OF ACTION

15. On December 14, 2010, Jeremy Clark was killed as the result of the crash of a Bell OH-58 Kiowa helicopter (Serial Number 89-00112) on or near the Fort Rucker military installation located in Dale County, Alabama.

16. Prior to the crash on December 14, 2010, the Defendants, Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30 undertook to inspect, maintain, service, and repair the helicopter, including but not limited to its engine, full authority digital control unit, and compressor inlet temperature probe.

17. Prior to the crash on December 14, 2010, the Defendants listed above negligently inspected, maintained, serviced, and repaired the helicopter, including but not limited to its engine, full authority digital control unit, and compressor inlet temperature probe.

18. As a proximate consequence of the above-described negligence of the Defendants, the helicopter crashed on December 14, 2010, resulting in the death of Jeremy Clark.

WHEREFORE, the Plaintiff, Jennifer Clark, as personal representative of the estate of Jeremy Clark, demands judgment against Defendants Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30, separately and severally, for damages in excess of the minimal jurisdictional requirements of this Court.

## SECOND CAUSE OF ACTION

19. On December 14, 2010, Jeremy Clark was killed as the result of the crash of a Bell OH-58 Kiowa helicopter (Serial Number 89-00112) on or near the Fort Rucker military installation located in Dale County, Alabama.

20. Prior to the crash on December 14, 2010, the Defendants, Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30 undertook to inspect, maintain, service, and repair the helicopter, including but not limited to its engine, full authority digital control unit, and compressor inlet temperature probe.

21. Prior to the crash on December 14, 2010, the Defendants listed above wantonly inspected, maintained, serviced, and repaired the helicopter, including but not limited to its engine, full authority digital control unit, and compressor inlet temperature probe.

22. As a proximate consequence of the above-described wantonness of the Defendants, the helicopter crashed on December 14, 2010, resulting in the death of Jeremy Clark.

WHEREFORE, the Plaintiff, Jennifer Clark, as personal representative of the estate of Jeremy Clark, demands judgment against Defendants Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30, separately and severally, for damages in excess of the minimal jurisdictional requirements of this Court.

## THIRD CAUSE OF ACTION

23. On December 14, 2010, Jeremy Clark was killed as the result of the crash of a Bell OH-58 Kiowa helicopter (Serial Number 89-00112) on or near the Fort Rucker military installation located in Dale County, Alabama.

24. Prior to the crash on December 14, 2010, the Defendants, Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30 undertook to inspect, maintain, service, and repair the helicopter, including but not limited to its engine, full authority digital control unit, and compressor inlet temperature probe.

25. Prior to the crash on December 14, 2010, the Defendants listed above knew that they had not corrected or repaired known problems with the helicopter's engine, full authority digital control unit, and compressor inlet temperature probe.

26. The Defendants negligently failed to warn Jeremy Clark that they had not corrected these known problems with the helicopter's engine, full authority digital control unit, and compressor inlet temperature probe.

27. As a proximate consequence of the above-described negligence of the Defendants, the helicopter crashed on December 14, 2010, resulting in the death of Jeremy Clark.

WHEREFORE, the Plaintiff, Jennifer Clark, as personal representative of the estate of Jeremy Clark, demands judgment against Defendants Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30, separately and severally, for damages in excess of the minimal jurisdictional requirements of this Court.

## FOURTH CAUSE OF ACTION

28. On December 14, 2010, Jeremy Clark was killed as the result of the crash of a Bell OH-58 Kiowa helicopter (Serial Number 89-00112) on or near the Fort Rucker military installation located in Dale County, Alabama.

29. Prior to the crash on December 14, 2010, the Defendants, Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30 undertook to inspect, maintain, service, and repair the helicopter, including but not limited to its engine, full authority digital control unit, and compressor inlet temperature probe.

30. Prior to the crash on December 14, 2010, the Defendants listed above knew that they had not corrected or repaired known problems with the helicopter's engine, full authority digital control unit, and compressor inlet temperature probe.

31. The Defendants wantonly failed to warn Jeremy Clark that they had not corrected these known problems with the helicopter's engine, full authority digital control unit, and compressor inlet temperature probe.

32. As a proximate consequence of the above-described wantonness of the Defendants, the helicopter crashed on December 14, 2010, resulting in the death of Jeremy Clark.

WHEREFORE, the Plaintiff, Jennifer Clark, as personal representative of the estate of Jeremy Clark, demands judgment against Defendants Joey Bamberger, Thomas Conger, Rolls-Royce Corporation, Army Fleet Support, LLC, L-3 Communications Corporation, and Fictitious Defendants 1-30, separately and severally, for damages in excess of the minimal jurisdictional requirements of this Court.

### PLAINTIFF DEMANDS A JURY TRIAL

Filed this 29th day of November, 2012.

CUNNINGHAM BOUNDS, LLC
ATTORNEYS FOR THE PLAINTIFF

| | |
|---|---|
| ROBERT T. CUNNINGHAM | (CUN003) |
| WILLIAM E. BONNER | (BON028) |

POST OFFICE BOX 66705
MOBILE, AL 36660
251-471-6191 (O)
251-479-1031 (F)

## PLEASE SERVE DEFENDANTS AS FOLLOWS VIA CERTIFIED MAIL:

Rolls-Royce Corporation
C/O CSC Lawyers Incorporating Service, Inc.
57 Adams Ave.
Montgomery, AL 36104-4001

Army Fleet Support, LLC
C/O CT Corporation System
2 North Jackson St.
Suite 605
Montgomery, AL 36104

L-3 Communications Corporation
C/O CT Corporation System
2 North Jackson St.
Suite 605
Montgomery, AL 36104

## PLEASE SERVE DEFENDANTS AS FOLLOWS VIA PERSONAL SERVICE:

Joey Bamberger
50 Carver Dr.
Ozark, AL 36360-7844

Thomas Conger
222 Oak Hill Dr.
Ozark, AL 36360-5499