IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER CLARK, as personal )<br>representative of the        )<br>estate of Jeremy Clark,       )<br>                               )<br>    Plaintiff,                )<br>                               )<br>    v.                         )<br>                               )<br>JOEY BAMBERGER, et al.,        )<br>                               )<br>    Defendants.                ) | CIVIL ACTION NO.<br>1:12cv1122-MHT<br>(WO) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (doc. no. 31) is granted and that defendant Thomas Conger and the claims against him are dismissed without prejudice, with the parties to bear their own costs. Defendant Conger is terminated as a party.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 2nd day of April, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE