IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JENNIFER CLARK, as personal representative of the estate of JEREMY CLARK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:12-cv-01122-MHT-TFM |
| JOEY BAMBERGER, ROLLS-ROYCE CORPORATION, ARMY FLEET SUPPORT, LLC, L-3 COMMUNICATIONS CORPORATION, and FICTITIOUS DEFENDANTS 1-30, | § § § § § § | |
| Defendants. | § | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Pursuant to Section 3 of the Uniform Scheduling Order (Doc. 23), the parties hereby give notice to the Court that on November 4, 2014, the parties participated in a voluntary mediation session. The mediation was conducted by Phil Adams of Adams, White, Oliver, Short & Forbus, LLP, located in Opelika, Alabama. The mediation was not successful.

Respectfully submitted,

/s/ William E. Bonner
GEORGE W. FINKBOHNER, III
WILLIAM E. BONNER
DAVID G. WIRTES, JR.
**CUNNINGHAM BOUNDS, LLC**
POST OFFICE BOX 66705
MOBILE, AL 36660

251-471-6191 (O)
251-479-1031 (F)

JON KETTLES
**THE KETTLES LAW FIRM**
6116 N. CENTRAL EXPRESSWAY
DALLAS, TX 75206
214-720-9100 (O)
214-720-9191 (F)

ATTORNEYS FOR PLAINTIFF
JENNIFER CLARK


/s/ Stuart B. Brown, Jr. _____
ROBERT F. RUCKMAN*
STUART B. BROWN, JR.*
**JACKSON WALKER L.L.P.**
901 MAIN STREET, SUITE 6000
DALLAS, TEXAS 75202
(214) 953-6000 - telephone
(214) 953-5822 – facsimile

ROBERT B. BRADFORD, JR.
ROY (ROYAL) C. DUMAS
**HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.**
P.O. BOX 116
MONTGOMERY, AL 36101
(334) 834-7600 – telephone
(334) 263-5969 - facsimile

ATTORNEYS FOR DEFENDANT
ROLLS-ROYCE CORPORATION
JOEY BAMBERGER
THOMAS CONGER



/s/ Jack Strauch_____
JACK STRAUCH
**STRAUCH FITZGERALD & GREEN,**

**P.C.**
530 NORTH TRADE ST., SUITE 303
WINSTON-SALEM, NC  27101
(336) 837-1061 - telephone
(336) 725-8667 – facsimile


PHILLIP R. COLLINS
**HUIE, FERNAMBUCQ & STEWART LLP**
2801 HIGHWAY 280 SOUTH, SUITE 200
BIRMINGHAM, AL 35223
(205) 251-1193 – telephone
(205) 251-1256 - facsimile

ATTORNEYS FOR DEFENDANT
ARMY FLEET SUPPORT, LLC
L-3 COMMUNICATIONS CORP.

## CERTIFICATE OF SERVICE

    This is to certify that on November 25, 2014, a true and correct copy of the foregoing was served upon the following counsel of record via the Court's electronic filing system:

Robert W. Bradford, Jr.
Roy C. Dumas
HILL, HILL, CARTER, FRANCO,
COLE & BLACK, P.C.
P.O. Box 116
Montgomery, AL  36101-0116
**Attorneys for Defendants Rolls-Royce Corporation, Joey Bamberger and Thomas Conger**

Phillip R. Collins
HUIE, FERNAMBUCQ & STEWART, LLP
2801 Highway 280 South, Suite 200
Birmingham, AL  35223
**Attorneys for Defendants Army Fleet Support LLC and L-3 Communications Corporation**

Robert F. Ruckman
Stuart B. Brown, Jr.
JACKSON WALKER, L.L.P.
901 Main Street, Suite 6000
Dallas, TX  75202
**Attorneys for Defendants Rolls-Royce Corporation, Joey Bamberger and Thomas Conger**

Jack M. Strauch
STRAUCH, FITZGERALD & GREEN, P.C.
530 North Trade Street, Suite 303
Winston-Salem, NC  27101
**Attorneys for Defendants Army Fleet Support, LLC and L-3 Communications Corporation**

                                                /s/ William E. Bonner