IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JENNIFER CLARK, as            )
personal representative of    )
the estate of Jeremy          )
Clark,                        )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      1:12cv1122-MHT
                              )           (WO)
JOEY BAMBERGER, et al.,       )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion approving the settlements today, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) The joint motion to approve settlement and distribution of settlement proceeds (doc. no. 117) is granted.

(2) The settlement proposed by the parties is hereby approved.

(3) Judgment is entered in favor of plaintiff Jennifer Clark and against defendants Joey Bamberger

and Rolls-Royce Corporation in the amount of $ 8 million.

(4) Judgment is entered in favor of plaintiff Clark and against defendants Army Fleet Support, LLC and L-3 Communications Corporation in the amount of $ 500,000.

(5) All other pending motions are denied as moot.

(6) The clerk of the court shall, as soon as possible, disburse to plaintiff Clark's counsel all settlement funds held pursuant to the court's order (doc. no. 122) and appropiate accrued interest on those funds.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of March, 2016.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE